FILED BY _MM_ D.C.

JAN 2 5 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-20033-CR-GAYLES/TORRES

IN RE SEALED INDICTMENT      FILED UNDER SEAL

_____/

## MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that this motion, as well as the Indictment, arrest warrants, bond recommendation forms, and any resulting order be SEALED until the arrest of the first defendant, or until further order of this Court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of the Indictment, arrest warrants, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reason that the defendant may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be comprised, should knowledge of this motion, Indictment, arrest warrant, and supporting documents become public.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _____
Elena Smukler
Assistant United States Attorney
Fla. Bar No. 91025
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9444
Elena.Smukler@usdoj.gov