IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-20033-CR-GAYLES / TORRES

THE UNITED STATES OF AMERICA,

v.

JERRY VERNELUS, *et al*

    *Defendants*
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, Jerry Vernelus, and the United States, move the Court to continue the trial date. This motion is unopposed.

In this matter, the government charged Mr. Vernelus with conspiracy to commit access device fraud, possession of 15 or more access devices, and multiple counts of aggravated identity theft.

The trial is scheduled for the two-week trial period commencing November 18, 2024. On November 6, 2024, the Court entered an order denying Mr. Vernelus' motion to suppress. The undersigned is requesting additional time to confer with Mr. Vernelus, who is in custody, about the order, discuss next steps, and prepare for trial. While we immediately mailed a copy of the order to Mr. Vernelus when it was entered on November 6, 2024, the undersigned has yet seen him to review the order because of other client matters on November 7, 2024 and today, November 8, 2024, the

1

undersigned is out of town.

In moving to continue, Mr. Vernelus waives his rights under the Speedy Trial Act.

The undersigned conferred with AUSA Elena Smuckler, who has no objection to the continuance requested herein.

Wherefore, the defendant, Jerry Vernelus, and the United States respectfully request that the Court continue the trial date thirty (30) days. A proposed order is attached.

Respectfully submitted,

**BELL ROSQUETE REYES ESTEBAN, PLLC.**
999 Ponce De Leon Blvd.
Suite 810
Coral Gables, Florida 33134
Telephone:   (305) 570-1610
Direct Line: (305) 570-1576
Cellular:        (305) 781-8111
Facsimile:    (305) 570-1599
Email:           hbell@brresq.com

By:___s/ Henry P. Bell_____

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 8, 2024, a true and correct copy of the foregoing was filed and served via CMECF.

Respectfully submitted,

By: *s/ Henry P. Bell*
Henry P. Bell
Fla. Bar No. 090689