UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20033-Cr-Gayles/ Torres

UNITED STATES OF AMERICA,

v.

JERRY VERNELUS, et al

    Defendants.

_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** came before this Court at the parties' joint motion to continue trial [ECF_____]. This Court has considered the motion, and being otherwise fully advised, advised, it is:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The interests of justice served by a continuance outweigh the interest of the public and the Defendant to a speedy trial. As a result, the period of delay resulting from this continuance *i.e.*, from the date the Motion was filed, August 18, 2024, to and including the date trial commences is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

**THE ABOVE CAUSE** is hereby set for **Jury Trial** before the Honorable Darrin P. Gayles, United States District Judge, at **400 North Miami Avenue, Courtroom 11-1, Miami, Florida,** during the two-week trial period that begins on _____ 2024**.** A calendar call will be held on _____ 2024 **Defendants are not required to appear for Calendar Call.** Counsel may

appear via telephone at Calendar Call. Counsel shall enter their appearances telephonically using the following dial-in information: Dial-in Number **888-273-3658**; Access Code **7032614**; Security Code **5170**. Please dial in at least ten minutes before the Telephonic Calendar Call begins.

    **DONE AND ORDERED** in Chambers at Miami, Florida this \_\_\_\_ day of _____ 2024.

                                                _____
                                                DARRIN P. GAYLES
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record