IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-20033-CR-GAYLES / TORRES

THE UNITED STATES OF AMERICA,

v.

JERRY VERNELUS, *et al*

    *Defendants*

_____/

## MOTION FOR STATUS HEARING REGARDING COUNSEL

Undersigned counsel, on behalf of defendant, Jerry Vernelus, moves the Court to request a status hearing as soon practicably possible.

In this matter, the government charged Mr. Vernelus with conspiracy to commit access device fraud, possession of 15 or more access devices, and multiple counts of aggravated identity theft. A change of plea hearing is scheduled for December 16, 2024.

The Court appointed the undersigned to represent Mr. Vernelus, who is indigent. Although this motion is not styled as a motion to withdrawal as counsel, issues have arisen between lawyer and client calling into question whether Mr. Vernelus wishes to continue with the undersigned as counsel. Hence, the undersigned is requesting that the Court hold a hearing to address whether new counsel should be appointed to represent Mr. Vernelus. It is respectfully requested that the Court

hold a portion of the hearing *ex-parte* since it may involve attorney-client issues or communications to which the government should not be privy.

Wherefore, undersigned counsel, on behalf of Mr. Vernelus, respectfully requests that the Court

Respectfully submitted,

**BELL ROSQUETE REYES ESTEBAN, PLLC.**
999 Ponce De Leon Blvd.
Suite 810
Coral Gables, Florida 33134
Telephone:   (305) 570-1610
Direct Line: (305) 570-1576
Cellular:       (305) 781-8111
Facsimile:   (305) 570-1599
Email:         hbell@brresq.com

By:   s/ Henry P. Bell

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 10, 2024, a true and correct copy of the foregoing was filed and served via CMECF.

Respectfully submitted,

By:   *s/ Henry P. Bell*
          Henry P. Bell
          Fla. Bar No. 090689

2