IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-20033-CR-GAYLES

THE UNITED STATES OF AMERICA,

   *Plaintiff,*

v.

JERRY VERNELUS, *et al*

   *Defendants*

_____/

## **MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel moves to withdraw as counsel to the defendant, Jerry Vernelus.

In this matter, the government charged Mr. Vernelus with conspiracy to commit access device fraud, possession of fifteen or more access devices, and multiple counts of aggravated identity theft.

On January 6, 2025, Mr. Vernelus instructed the undersigned to move to withdraw as his counsel and that he no longer wishes for the undersigned to represent him. Accordingly, the undersigned is filing the instant motion.

WHEREFORE, the defendant, Jerry Vernelus, respectfully requests that the Court permit the undesigned to withdraw as counsel and appoint another lawyer to represent him.  A proposed order is attached.

1

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on January 7, 2025, a true and correct copy of the foregoing was filed and served via CMECF.

Respectfully submitted,

**BELL ROSQUETE REYES ESTEBAN, PLLC**

999 Ponce De Leon Blvd.
Suite 810
Coral Gables, Florida 33134
Telephone:   (305) 570-1610
Direct Line: (305) 570-1576
Cellular:      (305) 781-8111
Facsimile:   (305) 570-1599
Email:        hbell@brresq.com

By:___*s/ Henry P. Bell*_____
        Henry P. Bell
        Fla. Bar No. 090689