UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20033-CR-GAYLES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERRY VERNELUS, et al

    Defendants.

_____/

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

**THIS CAUSE** came before this Court at the motion to withdraw as counsel to Defendant Jerry Vernelus [ECF_____]. This Court has considered the motion, and being otherwise fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Attorney _____ is appointed to represent Mr. Vernelus pursuant to the Criminal Justice Act

**DONE AND ORDERED** in Chambers at Miami, Florida this \_\_\_\_\_ day of January 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record