UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20033-CR-GAYLES

UNITED STATES OF AMERICA

v.

JERRY VERNELUS,

    Defendant.

_____/

**ORDER ON MOTION TO WITHDRAW AS COUNSEL**

**THIS CAUSE** came before this Court at the motion to withdraw as counsel to Defendant Jerry Vernelus [ECF No. 294]. This Court has considered the motion, and being otherwise fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Attorney David Adrian Howard is appointed to represent Mr. Vernelus pursuant to the Criminal Justice Act. Attorney Henry P. Bell is allowed to withdraw from this case, and is relived of any further responsibility.

**DONE AND ORDERED** in Chambers at Miami, Florida this 8th day of January 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record