IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

UNITED STATES OF AMERICA

v.  CASE NO. 23-CR-20033-GAYLES

JERRY VERNELUS,
_____/

UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

DEFENDANT JERRY VERNELUS, through counsel, respectfully moves for an unopposed, 60-day continuance of trial, and states:

1. Trial in set for February 18, 2025, with Calendar Call scheduled for February 5, 2025.

2. Undersigned was appointed counsel on January 8, 2025.

3. The Government is producing discovery on a 2-terabyte hard drive.

4. Mr. Vernelus is anxious to go to trial and reluctant to agree to a continuance but it would be ineffective *per se* to proceed to trial without thoroughly reviewing discovery, particularly in light of what undersigned already knows about the case.

5. The Government has authorized counsel to represent that it does not oppose the relief sought.

WHEREFORE, defendant Vernelus respectfully moves for a 60-day continuance of trial.

DATE: January 30, 2025.

                                                Respectfully submitted,

                                                *David A. Howard*
                                                David A. Howard, P.A.
                                                25 SE 2nd Avenue, Suite 1105
                                                Miami, FL 33131
                                                Tel.: (786) 360-6056
                                                Emails: david@davidhowardlaw.com
                                                                         daidlaw1100@gmail.com