Case # 23-CR-20033-DPG

Dear Hon. Judge Gayles. Case # 23-CR 20033

Wed, Feb 5th, 2025

My name is Jerry Vernelus. I'm the last defendant who has not be sentence in case pending about above.

Reason for letter

Reason for this letter is to Notify the honorable Judge I'm not in agreement for any continuaces any more, continuaces was not authorized by me and is ultimately in violation of my ~~speed~~ ~~Spee~~ Speedy trial rights.

Futhermove, I will still like to have trial in ~~febrau~~ February. ~~Hope Judge Just~~ In case I understand counsel was just appointed, I am willing to go Pro'se and counsel as stand by ~~does~~ counsel (David Howard).

Judge, for the sake of my family and my mental Health. I want to be relieved of this burden the anxiety I'm suffering from, Hardship & pretrial incarceration, It's time to serv the public the trial they deserve.

<u>Continuing Reason</u>
<u>For letter</u>

Hon. Jude Grayles,

I have a wife who's suffering badly specifically mentally, A 4 year old son whom I'm far away from, Financially my family is suffering emotionally drained.

This case has been open for nearly two years. Judge it's time to close the case either by plea bargain, acquittal or conviction.

<u>Final</u>

May this letter Reach you in great manner, forgive me if I'm breaken Court 'rules' this letter is to deny continuances and set trial, Please give copy to opposing party. This letter is made in Just manner.

Bryan Stevenson - "Just mercy"

Rebuking biasness and prejudices, letter can be treated as a motion. Specifically to notify the court to deny the continuce and affirm defendant as pro'se status.

I love youuuuu and I miss you i can't wait til you come home so we can run it up and have another baby ugh im getting old can't believe im 25 soon you'll be 25 too so omg time is really flying man I hate that but I love you and thank god for you everyday even when I do catch my attitudes i can't be mad for long but my baby done broke out from something im not sure what the hell it was but he have hives with bumps i think I told you olp already and I told him he's sleep now and I gotta get my hair done and I'll come see you I promise ft it's just a lot rn I have a ear infection and my ear is so swole like it hurts so bad man btw I texted dyna no text back

JERRY VERNELUS on 1/24/2025 01 PM wrote
You are beautiful and just the one i keep thinking about you i get nostalgic every time i do or see something that remind me of you. i took late night moves for granted, your loving for granted, family time for granted. my mind is far off without my family i miss my family my loving family. goodnight kiss Stanley for me tell him daddy love him hope i see you guys soon whenever yall can make it. i love yall.
-----F, Jj Jr. on 1/24/2025 7:36 PM wrote:

TRULINCS 45226510 - VERNELUS, JERRY - Unit: MIM-D-W

---

FROM: 45226510
TO: F, Jj
SUBJECT: RE: RE: overly stressed
DATE: 02/01/2025 08:40:11 AM

you gotthis if you love me just keep being strong its temporary you got this its almost over with you strong sweetheart babe if you didnt send the ~~[redacted]~~ put it on my account so i can write yall please put it soon as you can i cant write back reason this message short
-----F, Jj Jr. on 2/1/2025 2:21 AM wrote:

>

It's 12:58am And im listening to music torn into fucking pieces feel like it's a curse I tried to do everything and give my baby the perfect family and it's like I fucking failed him !!!! Feel like I'm in my mom foot steps raising a kid by herself hustling but I never seen her fail us or give up man I look at Saii and just break tf down because I literally tried to pick the perfect family no im not down talking you on nun im saying yes his daddy here but not physically just like how my daddy left when I was younger im not pointing fingers im just venting right now because my heart so fucking heavy rn it feel like I'm fighting for my life snd my baby look at me and smile and he dont even kno im hurting the yesterday i got to my mom house and I go to the bathroom and just cry my baby came in & gave me a kiss he said mommy I love you you not cry you ok give me kiss and I felt so alive again I feel so overwhelmed and I feel like I'm stressed still fighting with depression and I just pray depression doesn't win because my son needs me I literally love you with all my heart if you don't really kno sometimes I talk to ~~[redacted]~~ snd get disgusted cause damn bro you nothing like my bd im so used to you when I talk to people I try to find you in them & it doesn't work but ima cry myself to sleep i just really needed to vent because I've been going through so much these past years and I still manage to smile and act like nun wrong with me when in reality it feel like I been died

JERRY VERNELUS on 1/31/2025 8:06:43 AM wrote
YOU GOOD.. YALL NEED TO GET RIGHT im not yelling the cap lock was on
-----F, Jj Jr. on 1/30/2025 11:36 PM wrote:

>

Why what is wrong ???? I hope not because we sick yk I got us !!!!! But if it's something else then we can talk about it im gonna get my hair done and try to get to you before Saii bday or Shid even on his bday I might just take him to come see you i just have to figure this transportation shit out rn

JERRY VERNELUS on 1/30/2025 8:36:29 PM wrote
im glad you guys are okay ive been overly stressed mental break downs
-----F, Jj Jr. on 1/30/2025 2:51 PM wrote:

>

ima send yo ~~[redacted]~~

JERRY VERNELUS on 1/28/2025 9:51:21 PM wrote
update ?
-----F, Jj Jr. on 1/27/2025 4:21 PM wrote:

>

We going to the hospital my mom taking us

JERRY VERNELUS on 1/27/2025 8:06:19 AM wrote
drink tee and doodoo. hot water the affection and find a swelling releif for your throat
-----F, Jj Jr. on 1/27/2025 2:51 AM wrote:

>

I have it gonna go tomorrow hopefu

TRULINCS 45226510 - VERNELUS, JERRY - Unit: MIM-D-W

----------------------------------------------------------------------------

FROM: 45226510
TO: Howard, David
SUBJECT: keep the trial
DATE: 01/31/2025 08:01:41 PM

keep the trial date for february tell a p[lea is worked out and please get the hat from henry. when you come back so i can review tell henry to mail it to me before i sign anything i want to make sure

TRULINCS 45226510 - VERNELUS, JERRY - Unit: MIM-D-W

---

FROM: 45226510
TO: Howard, David
SUBJECT: wrote my judge
DATE: 02/05/2025 03:25:46 PM

wrote my judge 10 times I'm just telling you now so it will not be a surprise to you i will like to go pro se to immune from potential 2255 or 2224 specifically filling of ineffective counsel I'm denying the continuance i don't want anymore continuance. may this email reach you in a respective manner.

TRULINCS 45226510 - VERNELUS, JERRY - Unit: MIM-D-W

---

JERRY VERNELUS on 1/26/2025 5:50:39 PM wrote
i cant call ill try. bro go the hospital or call the hospital. right now like why you sitting there suffering.. and babe let me know if you got the money i need u to do that for me u need to go to the hospital
-----F, Jj Jr. on 1/26/2025 4:06 PM wrote:

>

Can you call me I need to hear yo voice im in so much pain,

JERRY VERNELUS on 1/26/2025 7:20:16 AM wrote
damn yall need to go to the hospital see whats wrong with yall. you good
-----F, Jj Jr. on 1/25/2025 9:21 PM wrote:

>

Damn i kno you stank 💩, sorry for late response man im to freaking sick I can barely get out the bed

JERRY VERNELUS on 1/25/2025 6:52:00 PM wrote
g̶o̶t̶a̶ ̶b̶a̶t̶h̶e̶ ̶h̶i̶m̶ ̶s̶a̶i̶i̶ ̶o̶n̶ ̶h̶i̶s̶ ̶▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ̶c̶o̶l̶d̶ ̶a̶s̶h̶e̶l̶l̶
-----F, Jj Jr. on 1/25/2025 1:21 PM wrote:

>

I▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

JERRY VERNELUS on 1/25/2025 ▓▓▓:26 AM wrote
wtf ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ with him. Hi▓▓ ?
-----F, Jj Jr. on 1/25/2025 12:21 AM wrote:

From: Jerry Vernelus
Reg no: 4522-6510
Miami FD
P.O. Box 019120
Miami, Fl 33101
Clerk
* Please give to Judge, legal mail
* Important - emergency

Do not open
Legal Mail

address
TO:

400 North miami ave
Court room 11-1, Miami
Florida. 33128
Wilkie D. Ferguson Jr
U.S. Court house.
Honorable. Darrin P. Gayles
Clerk of Court

