Jerry Vernelus

Feb 7, 2025
Friday

Case No: 23-20033 CR-Grayles /Torres

FILED BY ___ D.C.

FEB 21 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Dear Hon. Judge Darrin P. Gayles.

My name is defendant Jerry Vernews

I'am Currently Charge with in Case# 23-20033-CR-Grayles /Torress. Judge I'am writing today to let you know I will like to cancel any the Continuance made by Counsel on record, I did not authorize the continuance, and I oppose to any Continuances no in this case.

## Attorney Removal

Judge, I'am asking the Courts to withdrawal Current Counsel on record and continue the Case for trial this February February. Judge, I barely Speak to Can Counsel, even He do not reply back to my email. I would like to remove Counsel and have him as Standby Counsel. To fore-Stall, and to relieve and to Immune Counsel from any "Ineffective assistance of counsel" petition's. I told Counsel to not put on order of Continuance, Counsel advised to go Pro'se, I ultimately agreed.

## Plea bargaining

I'am Still open to any plea bargaining, Incase a plea is not accepted. Hon Judge I would like to Keep my trial Date.

## Conclusion

I pray, that the honorable Judge. Deny or reverse the Continuance on grounds of the speed trial act, non consent by the defendant, Keep the trial date for February. and Appoint CJA Counsel as Stand by attorney.



MIAMI FL 330
10 FEB 2025 PM 2 L

Jerry Vernelus
45ZZ-6510
Miami FDC
Federal Detention
Center
P.O. Box 019120
Miami, Fl 33101

RECD BY _____ D.C.

FEB 21 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. – MIAMI

Address: Willie D. Ferguson Jr
U.S. Court house
400 North Miami Avenue
Room 11-1, Miami Fl
TO: Darrin P. Gayles.
Honorable magistrate Judge

- Do not open
* Legal mail
Clerk please give
to Judge. SOS/emergency