UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CR-20033-DPG

UNITED STATES OF AMERICA

v.

JERRY VERNELUS,
    a/k/a "John Ferrari,"

    Defendant.
_____/

## FACTUAL PROFFER

The United States Attorney's Office for the Southern District of Florida ("this Office") and JERRY VERNELUS a/k/a "John Ferrari" (the "Defendant" or "Vernelus") agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

During a lawful search of Vernelus's residence on or about November 19, 2020, law enforcement located Vernelus's phone. Vernelus's phone was forensically examined pursuant to a lawful warrant. Law enforcement located the personally identifiable information ("PII") (i.e., names, dates of birth, credit card numbers, bank account numbers, or social security numbers) of at least 40 individuals within Vernelus's phone. Specifically, the Defendant maintained in his possession the names and social security numbers, credit card numbers, and debit card numbers of victims "K.B.", "L.H.", "K.P.", and "J.R." without lawful authority.

The forensic examination also revealed communications between Vernelus and co-conspirator Eric Cadet ("Cadet") in furtherance of the charged conspiracy. Specifically, on or about November 1, 2020, Vernelus and Cadet exchanged text messages regarding darknet marketplaces selling stolen login credentials, including usernames and passwords for bank accounts, online payment accounts, mobile phone accounts, retailer accounts, and other online

accounts. On the same date, Vernelus and Cadet also exchanged text messages regarding a scheme to fraudulently purchase or obtain gift cards.

Forensic examinations of Vernelus's phone, as well as of a phone belonging to co-conspirator Jovis St Luc ("St Luc"), revealed a group chat or text message thread in furtherance of the charged conspiracy between Vernelus and approximately 13 other participants, including co-conspirators St Luc, Vernelus, Woodard, and Cadet. The text message thread is initiated by Vernelus on October 29, 2020. On October 31, 2020, Vernelus asked if anybody has a "cvv."[1] One of the other unidentified participants of the group chat sent PII (including a victim's name, address, and complete credit card number) to the group. On November 4, 2020, Vernelus again sked for a "cvv."

[intentionally left blank]

---

[1] "CVV" is the 3-digit number on a credit card that adds an extra layer of security when making purchases online or over the phone. The term "CVV" is often used by individuals engaged in fraud to refer to PII generally.

The United States and the Defendant agree that these facts, which do not include all of the facts known to the government and the Defendant, are sufficient to prove the guilt of the Defendant as to the crime of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1). The United States and the Defendant agree that the Defendant's conduct affected interstate and foreign commerce.

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

Date: 3/25/24   By: _____
ELENA SMUKLER
ASSISTANT UNITED STATES ATTORNEY

Date: 2/24/25   By: _____
DAVID HOWARD
ATTORNEY FOR DEFENDANT

Date: 2/24/25   By: _____
JERRY VERNELUS
DEFENDANT